**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | DatabaseUSA.com LLC |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-1125991 |
| 4. | Debtor's address | **Principal place of business**  11211 John Galt Blvd.  Omaha, NE 68137  Number, Street, City, State & ZIP Code  Douglas  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | DatabaseUSA.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **DatabaseUSA.com LLC**                                                       Case number (*if known*) _____
       Name

7. **Describe debtor's business**     A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:
      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
      ☐ A plan is being filed with this petition.
      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.
   
   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list
    
    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

| Debtor | DatabaseUSA.com LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
    Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **DatabaseUSA.com LLC**                                    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 1, 2019**
           MM / DD / YYYY

X _____           **Fred Vakili**
  Signature of authorized representative of debtor   Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Talitha Gray Kozlowski**                   Date **January 1, 2019**
  Signature of attorney for debtor                      MM / DD / YYYY

**Talitha Gray Kozlowski 9040**
Printed name

**Garman Turner Gordon LLP**
Firm name

**650 White Drive, Ste. 100**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone **725-777-3000**       Email address   **tgray@gtg.legal**

**9040 NV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  DatabaseUSA.com LLC

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 1, 2019      X  /s/ Fred Vakili
                                      Signature of individual signing on behalf of debtor

**Fred Vakili**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: DatabaseUSA.com LLC

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Infogroup, Inc.<br>Attn: Corporation Trust Company,<br>R.A.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | | Amended Judgment | Disputed | | | $11,200,000.00 |

## CONSENT IN LIEU OF SPECIAL MEETING OF
## THE MEMBERS OF
## DATABASEUSA.COM LLC

The undersigned, constituting a Supermajority Vote of the Common Members of DATABASEUSA.COM LLC, a Nevada limited liability company (the "Company"), hereby consents, pursuant to the Nevada Limited Liability Company Act and Section 6.8 of the Company's Second Amended and Restated Operating Agreement dated October 3, 2011 (the "Operating Agreement"), to the adoption hereof and do hereby adopt the following resolutions and declare them to be in full force and effect as if adopted at a special meeting of the Members of the Company:

WHEREAS, Section 24.65 of the Operating Agreement defines a "Supermajority Vote of the Common Members" as an affirmative by Common Members holding at least two-thirds (2/3) of the Common Units entitled to vote.

WHEREAS, pursuant to Section 6.9 of the Operating Agreement, a Supermajority Vote of the Common Members may authorize or permit the Company to file a petition in bankruptcy or petition to take advantage of any insolvency act.

NOW, THEREFORE, BE IT:

RESOLVED, that Fred Vakili, a Manager of the Company, is hereby authorized to execute and file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Nevada.

RESOLVED FURTHER, that Fred Vakili shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Company under the Bankruptcy Code.

RESOLVED FURTHER, that the Company is authorized, directed, and has ratified the Company's hiring of the law firms of Garman Turner Gordon LLP and Dvorak Law Group, LLC to represent the Company in such bankruptcy case.

**[The Remainder of This Page Intentionally Left Blank.  Signature Page Follows.]**

Dated: January 1, 2019

                                         Everest Group LLC, Member

                                 By: _Vinod Gupta poA [signature]_
                                            Vinod Gupta, Manager

2

DatabaseUSA.com LLC
11211 John Galt Blvd.
Omaha, NE 68137

Talitha Gray Kozlowski
Garman Turner Gordon LLP
650 White Drive, Ste. 100
Las Vegas, NV 89119

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
BOX 551220
Las Vegas, NV 89155

David R. Mayer, Esq.
Heather Voegele, Esq.
DVORAK Law Group, LLC
13625 California St., Ste. 110
Omaha, NE 68154

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Elizabeth A. Hoffman, Esq.
Gregory C. Scaglione, Esq.
Koley, Jessen Law Firm
1125 South 103rd St., Ste. 800
Omaha, NE 68124

Everest Group LLC
Attn: Incorp Services, Inc., R.A.
3773 Howard Hughes Pkwy., Ste. 500S
Las Vegas, NV 89169

Infogroup, Inc.
Attn: Corporation Trust Company, R.A.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Infogroup, Inc.
Attn: Managing Member
1020 E 1st Street
Papillion, NE 68046

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Nevada Dept. of Taxation, Bankruptcy Sec
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Social Security Administration
Office of Regional Chief Counsel Reg. IX
160 Spear Street, Ste. 800
San Francisco, CA 94105

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

**United States Bankruptcy Court**
District of Nevada

In re    **DatabaseUSA.com LLC**                                                              Case No.
                                                  Debtor(s)                                    Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 1, 2019**                                        /s/ Fred Vakili
                                                                                    **Fred Vakili/Manager**
                                                                                    Signer/Title

Name, Address, Telephone No. & I.D. No.
**Talitha Gray Kozlowski 9040**
**650 White Drive, Ste. 100**
**Las Vegas, NV 89119**
**725-777-3000**
**9040 NV**

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In Re
**DatabaseUSA.com LLC**

Debtor(s)

BANKRUPTCY NO.
CHAPTER NO. **11**

## DECLARATION RE: ELECTRONIC FILING OF PETITION
### SCHEDULES, STATEMENTS AND PLAN (if applicable)

**PART I - DECLARATION OF PETITIONER**

I [We] __Fred Vakili__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

- ☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

- ■ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: **January 1, 2019**

Signed: _/s/ Fred Vakili_
**Fred Vakili/Manager**
(Applicant)

**PART II - DECLARATION OF ATTORNEY**

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: **January 1, 2019**

Signed: /s/ Talitha Gray Kozlowski
**Talitha Gray Kozlowski 9040**
Attorney for Debtor(s)