Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117
Telephone (702) 388-1996
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Infogroup, Inc.*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>DATABASEUSA.COM LLC,<br><br>Debtor | Case No. 19-10001<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

NOTICE is hereby given that MATTHEW L. JOHNSON of the law firm JOHNSON & GUBLER, P.C. has appeared in this case on behalf of creditor INFOGROUP, INC. pursuant to Bankruptcy Rule 9010(b) and Bankruptcy Rule 2002, and requests notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtors, or other parties in interest.

///

///

1

1   All such documents should be mailed to the following:

2   MATTHEW L. JOHNSON, ESQ.
    JOHNSON & GUBLER, P.C.
3   8831 WEST SAHARA AVENUE
    LAS VEGAS NV 89117
4

5   In addition, creditor Infogroup, Inc. through his counsel Matthew L. Johnson requests that its

6   counsel Matthew L. Johnson be added to the master mailing list in this case.

7   DATED this 9th day of January, 2019.

8
                                    JOHNSON & GUBLER, P.C.
9

10
                                    /s/ Matthew L. Johnson
11                                  Matthew L. Johnson (6004)
                                    Russell G. Gubler (10889)
12                                  Ashveen S. Dhillon (14189)
                                    8831 West Sahara Avenue
13                                  Las Vegas, NV  89117
                                    Telephone (702) 388-1996
14                                  Facsimile (702) 471-0075
                                    mjohnson@mjohnsonlaw.com
15

16

17

18

19

20

21

22

23

24
                                        2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Johnson & Gubler, P.C. and that on January 9, 2019, I caused to be served a true and correct copy of the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** in the following manner:

[X]  a.  **Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]  b.  **United States Mail**

By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

[ ]  c.  **Facsimile Transmission**

By facsimile to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written. No error was reported by the facsimile machine that I used.

[ ]  d.  **Personal Service**

[ ]  For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office, on the date written above.

[ ]  For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there, on the date written above.

---

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: January 9, 2019.

                                        */s/ Suzanne Alexander*          .
                                        An Employee of Johnson & Gubler, P.C.