GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
ERICK T. GJERDINGEN, ESQ.
Nevada Bar. No. 11972
E-mail: egjerdingen@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for*
*DatabaseUSA.com LLC*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-19-10001-BTB |
| DATABASEUSA.COM LLC, | Chapter 11 |
| Debtor. | |

## AMENDMENT COVER SHEET

**The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).**

- ☐ Voluntary Petition (specify reason for amendment)_____
- ☒ Summary of Schedules
- ☒ Schedule A – Real Property
- ☒ Schedule B – Personal Property
- ☒ Schedule C – Property Claimed as Exempt
- ☒ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☒ Add/delete creditor(s), change amount or classification of debt - **$33.00 fee required.**
  - ☐ Add/change address of already listed creditor – **no fee**
- ☒ Schedule G – Schedule of Executory Contracts & Expired Leases
- ☒ Schedule H – Codebtors
- ☒ Schedule I – Current Income of Individual Debtor(s)
- ☒ Schedule J – Current Expenditures of Individual Debtor(s)
- ☒ Declaration Regarding Schedules
- ☒ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☒ Disclosure of Compensation of Attorney for Debtor
- ☐ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B, or 22C)
- ☐ Certificate of Credit Counseling
- ☐ Other: _____

DATED this 15th day of January, 2019.

GARMAN TURNER GORDON LLP

By: /s/ Teresa M. Pilatowicz
    TALITHA GRAY KOZLOWSKI, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    ERICK T. GJERDINGEN, ESQ.
    650 White Drive, Suite 100
    Las Vegas, Nevada 89119
    *[Proposed] Attorneys for DatabaseUSA.com LLC*

Fill in this information to identify the case:

Debtor name **DatabaseUSA.com LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **BK-S-19-10001-BTB**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 15, 2019**        X _____
                                            Signature of individual signing on behalf of debtor

                                            **Fred Vakili**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __DatabaseUSA.com LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __BK-S-19-10001-BTB__

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                                    12/15

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................. $ _____77,798.23_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................... $ ___25,104,115.00_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................. $ ___25,181,913.23_

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ ___34,439,363.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____0.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ ___11,348,008.05_

4. **Total liabilities** ............................................................................
    Lines 2 + 3a + 3b

    $ ___45,787,371.05_

**Fill in this information to identify the case:**

Debtor name  **DatabaseUSA.com LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **BK-S-19-10001-BTB**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*
     Name of institution (bank or brokerage firm)       Type of account       Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **Frontier Bank** | | **2266** | **$244,301.00** |
| 3.2. | **U.S. Bank** | | **7475** | **$3,814.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$248,115.00**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **DatabaseUSA.com LLC**                                    Case number *(If known)*  **BK-S-19-10001-BTB**
_____
Name

| 11a. 90 days old or less: | **1,857,885.00** | – | **0.00** | = .... | **$1,857,885.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | **$1,857,885.00** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | TV & Installation | $0.00 | Book Value | $0.00 |
| | 4 Work Stations | $0.00 | Book Value | $0.00 |
| | Office furniture and refrigerator | $0.00 | Book Value | $0.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | IMac 27 | $0.00 | Book Value | $0.00 |
| | Toshiba L555D Computer | $0.00 | Book Value | $0.00 |
| | MacBook Pro | $0.00 | Book Value | $0.00 |
| | Dell Server | $0.00 | Book Value | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **DatabaseUSA.com LLC** | Case number *(if known)* | **BK-S-19-10001-BTB** |
|--------|-------------------------|--------------------------|------------------------|
|        | Name                    |                          |                        |

| | | | |
|---|---|---|---|
| 4 MacBook Pro 17 and 1 MacBook Pro 13 | $0.00 | Book value | $0.00 |
| 2 Dell Latitutde Comp & MS office | $0.00 | Book value | $0.00 |
| MacBook Air 13.1 | $0.00 | Book value | $0.00 |
| 4 Dell Computers and 8 monitors | $0.00 | Book value | $0.00 |
| 2 MacBook Pro | $0.00 | Book value | $0.00 |
| 4 monitors & printer | $0.00 | Book value | $0.00 |
| Printers | $0.00 | Book value | $0.00 |
| 4 Dell Computers & 4 Monitors | $0.00 | Book value | $0.00 |
| iMac | $0.00 | Book value | $0.00 |
| iPad and iPhone | $0.00 | Book value | $0.00 |
| Computer Equipment | $0.00 | Book value | $0.00 |
| 4 Dell Monitors | $0.00 | Book value | $0.00 |
| MacBook Pro | $0.00 | Book value | $0.00 |
| Dell Server - Dual 6 Core 2TB | $0.00 | Book value | $0.00 |
| Dell Hardware | $0.00 | Book value | $0.00 |
| 3 Laptop Computers | $0.00 | Book value | $0.00 |
| Paperless System- HW | $0.00 | Book value | $0.00 |
| Business Security Gateway Equipment | $0.00 | Book value | $0.00 |
| Network Security System Equipment | $0.00 | Book value | $0.00 |
| Buffello Tech Equipment | $0.00 | Book value | $0.00 |
| UPS System for IT Room | $0.00 | Book value | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **DatabaseUSA.com LLC**
Name

Case number *(If known)*  **BK-S-19-10001-BTB**

| | | | |
|---|---|---|---|
| Scan Tastic Paperless System | $0.00 | Book value | $0.00 |
| Office router | $0.00 | Book value | $0.00 |
| iPad | $0.00 | Book value | $0.00 |
| Dell Computer Equipment | $0.00 | book value | $0.00 |
| Computer - Min Yi | $0.00 | Book value | $0.00 |
| 3 Computers | $0.00 | Book value | $0.00 |
| Dell Computer | $0.00 | Book value | $0.00 |
| Dell Laptop | $0.00 | Book value | $0.00 |
| Computer for Hyman | $0.00 | Book value | $0.00 |
| Dell Laptops | $0.00 | Book value | $0.00 |
| Computer Equipment | $0.00 | Book value | $0.00 |
| Computer Equipment | $0.00 | Book value | $0.00 |
| Equipment Data Media Solutions | $0.00 | Book value | $0.00 |
| Equipment - Dell Business Credit | $0.00 | Book value | $0.00 |
| Equipment - Wayfare Interactive | $0.00 | Book value | $0.00 |
| SQL Server & GUI MatchIT Pro | $0.00 | Book value | $0.00 |
| 32 Computers | $0.00 | Book value | $0.00 |
| Computers | $0.00 | Book value | $0.00 |
| Computers | $0.00 | Book value | $0.00 |
| A to Z Servers | $0.00 | Book value | $0.00 |
| Computers and Monitors | $0.00 | Book value | $0.00 |
| Computers | $0.00 | Book value | $0.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Debtor    **DatabaseUSA.com LLC**                          Case number *(If known)*  **BK-S-19-10001-BTB**
          Name

| | | | |
|---|---|---|---|
| Paperless Software System | $0.00 | Book value | $0.00 |
| Website Development Database | $0.00 | Book value | $0.00 |
| Phone System | $0.00 | Book value | $0.00 |
| Conference Phone System | $0.00 | Book value | $0.00 |
| Equipment - Voice & Data Systems | $0.00 | Book value | $0.00 |
| Equipment - Dell USA | $0.00 | Book value | $0.00 |
| Telephone System | $0.00 | Book value | $0.00 |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                              $0.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Leased Car - 2015 Kia Sol**<br>    **VIN# KNDJX3A51F7758140** | $0.00 | | $0.00 |
| 47.2.    **Leased car - 2018 Toyota Rav 4**<br>    **VIN# ZT3DFREV8JW713377** | $0.00 | | $0.00 |
| 47.3.    **Leased car - 2014 Kia Sol**<br>    **VIN#KNDJP3A59E7731021** | $0.00 | | $0.00 |

Debtor    **DatabaseUSA.com LLC**                                    Case number *(If known)*  **BK-S-19-10001-BTB**
Name

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.    **Total of Part 8.**                                                                                 $0.00
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest.**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1.  Leasehold Improvements 11211 John Galt Blvd. Omaha, NE 68137 | | $0.00 | Book value | $77,798.23 |
| 55.2.  Lease Agreement for 11211 John Galt Blvd., Omaha, NE 68137 | Leasehold | $0.00 | Book value | $0.00 |

56.    **Total of Part 9.**                                                                                 $77,798.23
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

Debtor   **DatabaseUSA.com LLC**                     Case number *(if known)*  **BK-S-19-10001-BTB**
_____                              _____
Name

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets<br>**Start Up Expenses** | $438,825.21 | | Unknown |
| 61. | Internet domain names and websites<br>**Domain names** | $3,120.66 | | Unknown |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations<br>**Customer lists** | Unknown | | Unknown |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill<br>**Goodwill** | Unknown | | Unknown |

| 66. | Total of Part 10.<br>Add lines 60 through 65. Copy the total to line 89. | $0.00 |
|---|---|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

71.  **Notes receivable**
   Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 7

Debtor    **DatabaseUSA.com LLC**                                    Case number *(If known)*  **BK-S-19-10001-BTB**
_____                                    _____
Name

has been filed)
**Infogroup, Inc. v. DatabaseUSA.com LLC**
**Case No. 18-3723 In the United States Court of Appeals**
**for the Eighth Circuit**                                                                 **Unknown**
_____
Nature of claim        Appeal of Judgment
Amount requested                       $0.00
_____

**DatabaseUSA.com v. Blake Van Gilder**
**United States District Court - District of Nebraska**
**Case No. 17-cv-00386**                                                        **$22,750,000.00[1]**
_____
Nature of claim        Conversion of corporate
                       secrets, legal practice, tortious
                       interference
Amount requested                       $0.00
_____

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                      $22,750,000.00

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

---

[1]This is Debtor's minimum estimated amount of damages.

Debtor    **DatabaseUSA.com LLC**                                      Case number *(If known)*  **BK-S-19-10001-BTB**
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$248,115.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$1,857,885.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | **$77,798.23** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$22,750,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$24,856,000.00** + 91b. | **$77,798.23** |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | **$24,933,798.23** |

**Fill in this information to identify the case:**

Debtor name **DatabaseUSA.com LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **BK-S-19-10001-BTB**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
|  | | Amount of claim | Value of collateral that supports this claim |
|  | | Do not deduct the value of collateral. | |

| 2.1 | **Everest Group LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All of Debtor's assets** | **$34,439,363.00** | **Unknown** |

**Attn: Incorp Services, Inc., R.A.**
**3773 Howard Hughes Pkwy., Ste. 500S**
**Las Vegas, NV 89169**
Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☐ No
■ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$34,439,363.00**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **DatabaseUSA.com LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known) **BK-S-19-10001-BTB**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,666.00 |
|---|---|---|---|
| | **AC Business Media** | ☐ Contingent | |
| | **Attn: Managing Member** | ☐ Unliquidated | |
| | **201 N Main Street** | ☐ Disputed | |
| | **Fort Atkinson, WI 53538** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $827.96 |
|---|---|---|---|
| | **ADP, LLC** | ☐ Contingent | |
| | **Attn: Managing Member** | ☐ Unliquidated | |
| | **1851 N Resler Drive MS-100** | ☐ Disputed | |
| | **El Paso, TX 79912** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,805.01 |
|---|---|---|---|
| | **Amazon Web Services** | ☐ Contingent | |
| | **Attn: Managing Member** | ☐ Unliquidated | |
| | **PO Box 84023** | ☐ Disputed | |
| | **Seattle, WA 98124** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.32 |
|---|---|---|---|
| | **ARadius Group** | ☐ Contingent | |
| | **Attn: Managing Member** | ☐ Unliquidated | |
| | **4700 F Street** | ☐ Disputed | |
| | **Omaha, NE 68117** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **DatabaseUSA.com LLC**

Case number *(if known)*    **BK-S-19-10001-BTB**

Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AT&T**
Attn: Managing Member
PO Box 6416
Carol Stream, IL 60197

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.90 |
|---|---|---|---|

**Background101.com**
Attn: Managing Member
PO Box 3168
Peabody, MA 01961

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.58 |
|---|---|---|---|

**Bishop Business**
Attn: Managing Member
4125 SO 94 Street
Omaha, NE 68127

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,893.03 |
|---|---|---|---|

**Caryn Trazi**
21 Franklin Street
Wakefield, MA 01880

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CenturyLink**
Attn: Managing Member
PO box 91154
Seattle, WA 98111

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cisco**
Attn: Managing Member
16720 Collections Center Dr.
Chicago, IL 60693

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**City Wide of Omaha**
Attn: Managing Member
13362 Chandler Rd.
Omaha, NE 68138

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DatabaseUSA.com LLC** | | Case number (if known) | **BK-S-19-10001-BTB** |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $750.74 |
|---|---|---|---|

**Clearly Communications**
Attn: Managing Member
Dept LA 24287
Pasadena, CA 91185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cox**
Attn: Managing Member
PO Box 2742
Omaha, NE 68103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,400.00 |
|---|---|---|---|

**Data Services, Inc.**
Attn: Managing Member
31516 Winterplace Pkwy., Ste. 100
Salisbury, MD 21802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,055.41 |
|---|---|---|---|

**Dave Johnson**
26 Van Camp Dr.
Omaha, NE 68130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Direct Marketing Assoc of Washington**
Attn: Managing Member
11709 Bowman Greeb Dr.
Reston, VA 20190

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,771.77 |
|---|---|---|---|

**Domina Law Group**
Attn: Managing Member
2425 S. 144th Street
Omaha, NE 68144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Douglas County Treasurer**
Attn: Bankruptcy Dept.
1819 Farnam St. H-02
Omaha, NE 68183

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DatabaseUSA.com LLC** | Case number (if known) | **BK-S-19-10001-BTB** |
| --- | --- | --- | --- |
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
| --- | --- | --- | --- |

**E-Printwerx International LLC**
Attn: Managing Member
PO Box 12634
Scottsdale, AZ 85267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.20** |
| --- | --- | --- | --- |

**Expresscopy.com**
Attn: Managing Member
6623 NE 59th Place
Portland, OR 97218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,741.60** |
| --- | --- | --- | --- |

**Fry Communications**
Attn: Managing Member
800 West Church Road
Mechanicsburg, PA 17055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$136.47** |
| --- | --- | --- | --- |

**Glen Prettyman**
671 JE George Blvd.
Omaha, NE 68132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,904.56** |
| --- | --- | --- | --- |

**Growth Quest**
Attn: Managing Member
11225 Davenport St., Ste. 108
Omaha, NE 68154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
| --- | --- | --- | --- |

**Howard Alexander**
1 Headley Court
Denville, NJ 07834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.10** |
| --- | --- | --- | --- |

**Ideal Pure Water**
Attn: Managing Member
PO Box 70
Boys Town, NE 68010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **DatabaseUSA.com LLC** | | Case number (if known) | **BK-S-19-10001-BTB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.26**

**Nonpriority creditor's name and mailing address**

**IMS Health, Inc.**
**Attn: Managing Member**
**PO Box 8500**
**Philadelphia, PA 19178**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

$313.48

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Infogroup, Inc.**
**Attn: Corporation Trust Company, R.A.**
**Corporation Trust Center**
**1209 Orange Street**
**Wilmington, DE 19801**

Date(s) debt was incurred  12/18/18

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Amended Judgment**

Is the claim subject to offset? ☐ No ☐ Yes

$11,200,000.00

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Inspro, Inc.**
**Attn: Managing Member**
**12702 Westport Pkwy., Ste. 200**
**Omaha, NE 68138**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

$4,366.50

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Intermedia**
**Attn: Managing Member**
**PO Box 03006818**
**Sioux Falls, SD 57186**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Jackson Lewis P.C.**
**PO Box 416019**
**Boston, MA 02241**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

$4,000.00

---

**3.32**

**Nonpriority creditor's name and mailing address**

**JangoMail**
**Attn: Managing Member**
**PO Box 751024**
**Dayton, OH 45475**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,711.64

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **DatabaseUSA.com LLC**
_____
Name

Case number (if known)  **BK-S-19-10001-BTB**
_____

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,120.00** |
|---|---|---|---|

**Midlands Printing & Business Forms, Inc.**
**Attn: Managing Member**
**10760 O Street**
**Omaha, NE 68127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MUD**
**Attn: Managing Member**
**PO Box 3600**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**NAPCO**
**Attn: Managing Member**
**PO Box 654112**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nebraska Deptment of Revenue**
**Attn: Bankruptcy Dept.**
**1313 Farnam St., Ste. 100**
**Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nevada Dept. of Taxation, Bankruptcy Sec**
**555 E. Washington Ave., #1300**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**OPPD**
**Attn: Managing Member**
**PO Box 3995**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,744.89** |
|---|---|---|---|

**Polaris Recruitment Communications**
**Attn: Managing Member**
**12 West Central Ave.**
**Miamisburg, OH 45342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **DatabaseUSA.com LLC** | Case number (if known) | **BK-S-19-10001-BTB** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,256.56** |
|---|---|---|---|
| | **Publication Printing**<br>**Attn: Managing Member**<br>**PO Box 130**<br>**Waterloo, NE 68069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|
| | **Quest Venture Coordinators PVT, Ltd.**<br>**Attn: Managing Member**<br>**F-10/1, Vasant Vihar**<br>**New Delhi 110057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,108.14** |
|---|---|---|---|
| | **Red Fox Industries, Inc.**<br>**Attn: Managing Member**<br>**13 Red Fox Run**<br>**Englishtown, NJ 07726** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,857.17** |
|---|---|---|---|
| | **ResponseGenius**<br>**Attn: Managing Member**<br>**8544 Doverbrook Dr.**<br>**Palm Beach Gardens, FL 33410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,233.00** |
|---|---|---|---|
| | **Salesforce**<br>**Attn: Managing Member**<br>**PO Box 203141**<br>**Dallas, TX 75320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00** |
|---|---|---|---|
| | **Sandler Training**<br>**Attn: Managing Member**<br>**3480 W. Market St., Ste. 102**<br>**Akron, OH 44333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,025.00** |
|---|---|---|---|
| | **Send4Us, Inc.**<br>**Attn: Managing Member**<br>**20039 Boca West Drive**<br>**Boca Raton, FL 33434** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **DatabaseUSA.com LLC** | Case number (if known) | **BK-S-19-10001-BTB** |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|
| | **Status Labs**<br>**Attn: Managing Member**<br>**151 South 1st, Ste. 100**<br>**Austin, TX 78704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,720.00** |
|---|---|---|---|
| | **Third Eye, Inc.**<br>**Attn: Managing Member**<br>**#15, 1st and 2nd Flr., 15th Cross**<br>**J.P. Nagar 6th Phase**<br>**Bangalore  560078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,369.72** |
|---|---|---|---|
| | **Tracy Hyman**<br>**2813 May Avenue**<br>**Redondo Beach, CA 90278** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$740.30** |
|---|---|---|---|
| | **Tritz Plumbing**<br>**Attn: Managing Member**<br>**4718 S 135th Street**<br>**Omaha, NE 68137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Vast Conference Calling**<br>**Attn: Managing Member**<br>**1960 East Grand Ave. #290**<br>**El Segundo, CA 90245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Verizon**<br>**Attn: Managing Member**<br>**PO Box 15043**<br>**Albany, NY 12212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Voice & Data Systems**<br>**Attn: Managing Member**<br>**8436 Wirt Street**<br>**Omaha, NE 68134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **DatabaseUSA.com LLC** | Case number (if known) | **BK-S-19-10001-BTB** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Elizabeth A. Hoffman, Esq.**<br>**Gregory C. Scaglione, Esq.**<br>**Koley, Jessen Law Firm**<br>**1125 South 103rd St., Ste. 800**<br>**Omaha, NE 68124** | Line __3.27__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Infogroup, Inc.**<br>**Attn: Managing Member**<br>**1020 E 1st Street**<br>**Papillion, NE 68046** | Line __3.27__<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 11,348,008.05 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,348,008.05 |

**Fill in this information to identify the case:**

Debtor name __**DatabaseUSA.com LLC**__

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) __BK-S-19-10001-BTB__

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1.** | State what the contract or lease is for and the nature of the debtor's interest | **Server Hosting** |
| | State the term remaining | **Amazon Web Services** |
| | List the contract number of any government contract | **Attn: Managing Member** |
| | | **PO Box 84023** |
| | | **Seattle, WA 98124** |

| | | |
|---|---|---|
| **2.2.** | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Leases** |
| | State the term remaining | **Aspen Leasing** |
| | List the contract number of any government contract | **Attn: Managing Member** |
| | | **PO Box 27395** |
| | | **Omaha, NE 68127** |

| | | |
|---|---|---|
| **2.3.** | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease** |
| | State the term remaining | **Bishop Business** |
| | List the contract number of any government contract | **Attn: Managing Member** |
| | | **4125 SO 94 Street** |
| | | **Omaha, NE 68127** |

| | | |
|---|---|---|
| **2.4.** | State what the contract or lease is for and the nature of the debtor's interest | **Janitorial Services and Supply** |
| | State the term remaining | **City Wide of Omaha** |
| | List the contract number of any government contract | **Attn: Managing Member** |
| | | **13362 Chandler Rd.** |
| | | **Omaha, NE 68138** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1  **DatabaseUSA.com LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **BK-S-19-10001-BTB**

### ▮ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Production software** | |
|---|---|---|---|
| | State the term remaining | | Data Services, Inc. |
| | | | **Attn: Managing Member** |
| | List the contract number of any government contract | | **31516 Winterplace Pkwy., Ste. 100** |
| | | | **Salisbury, MD 21802** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Autodialer for Sales People** | |
|---|---|---|---|
| | State the term remaining | | **DialSource** |
| | | | **Attn: Managing Member** |
| | List the contract number of any government contract | | **660 J Street, Ste. 460** |
| | | | **Sacramento, CA 95814** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Company E-Mail Hosting** | |
|---|---|---|---|
| | State the term remaining | | **Intermedia** |
| | | | **Attn: Managing Member** |
| | List the contract number of any government contract | | **PO Box 03006818** |
| | | | **Sioux Falls, SD 57186** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting software** | |
|---|---|---|---|
| | State the term remaining | | **Intuit** |
| | | | **Attn: Managing Member** |
| | List the contract number of any government contract | | **2800 E. Commerce Center Place** |
| | | | **Tucson, AZ 85706** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Cost of data we sell** | |
|---|---|---|---|
| | State the term remaining | | **ResearchUSA** |
| | | | **Attn: Managing Member** |
| | List the contract number of any government contract | | **11211 John Galt Blvd.** |
| | | | **Omaha, NE 68137** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Software** | |
|---|---|---|---|
| | State the term remaining | | **Salesforce** |
| | | | **Attn: Managing Member** |
| | List the contract number of any | | **PO Box 203141** |
| | | | **Dallas, TX 75320** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **DatabaseUSA.com LLC** _____    Case number (*if known*)   **BK-S-19-10001-BTB**
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**                   State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

government contract _____   _____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Rent** | |
| | State the term remaining | | **V & R** |
| | List the contract number of any government contract | | **Attn: Managing Member**<br>**11205 John Galt Blvd.**<br>**Omaha, NE 68137** |

**Fill in this information to identify the case:**

Debtor name    **DatabaseUSA.com LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **BK-S-19-10001-BTB**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                                          Column 2: **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **DatabaseUSA.com LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **BK-S-19-10001-BTB**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$9,005,000.00** |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$8,500,000.00** |
   | **For the fiscal year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$8,150,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | **Dividends from Hugo Dunhill** | **$551.00** |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Debtor    **DatabaseUSA.com LLC**                                   Case number *(if known)*  **BK-S-19-10001-BTB**

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    SEE ATTACHED SUMMARY | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    SEE ATTACHED SUMMARY | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1.    Infogroup, Inc,<br>vs.<br>DatabaseUSA.com LLC and<br>Vinod Gupta<br>8:14-cv-00049 | | United States District Court<br>District of Nebraska<br>586 Federal Building<br>100 Centennial Mall North<br>Lincoln, NE 68508 | ☐ Pending<br>■ On appeal<br>☐ Concluded |

Debtor    **DatabaseUSA.com LLC**                                    Case number *(if known)*    **BK-S-19-10001-BTB**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Infogroup, Inc. et al vs. DatabaseUSA LLC 18-3723** | | **United State Court of Appeals  8th Cir. 111 South 10th St., Room 24.329 Saint Louis, MO 63102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **DatabaseUSA.com LLC vs. Blake Van Gilder et al., 17-cv-00386** | | **United States District Court District of Nebraska 586 Federal Building 100 Centennial Mall North Lincoln, NE 68508** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor  **DatabaseUSA.com LLC**  _____    Case number *(if known)*  **BK-S-19-10001-BTB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Garman Turner Gordon LLP** **650 White Drive** **Ste. 100** **Las Vegas, NV 89119** | | **12/31/18** | **$50,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor? Amounts paid on Debtor's behalf by Everest Group, LLC** | | | |
| 11.2. | **Dvorak Law Group** **13625 California St. #110** **Omaha, NE 68154** | | **12/31/18** | **$70,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor? Amounts paid on Debtor's behalf by Everest Group, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor  **DatabaseUSA.com LLC**                                          Case number *(if known)*  **BK-S-19-10001-BTB**

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Frontier Bank**<br>**8380 Glynoaks Dr.**<br>**Lincoln, NE 68516** | **XXXX-2401** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other____ | **January 2018** | **Unknown** |
| 18.2. | **Frontier Bank**<br>**8380 Glynoaks Dr.**<br>**Lincoln, NE 68516** | **XXXX-2428** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other____ | **September 2018** | **Unknown** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **DatabaseUSA.com LLC**                                Case number *(if known)*  **BK-S-19-10001-BTB**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification Number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **DatabaseUSA.com LLC** _____    Case number *(if known)*  **BK-S-19-10001-BTB**

**26. Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

     ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **DatabaseUSA.com LLC** <br> **11211 John Galt Blvd.** <br> **Omaha, NE 68137** | **1/1/17 - 1/1/19** |
| 26a.2.    **Lutz Accounting** <br> **13616 California Steet, Ste. 300** <br> **Omaha, NE 68154** | **1/1/17 - 1/1/19** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

     ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **DatabaseUSA.com LLC** <br> **11211 John Galt Blvd.** <br> **Omaha, NE 68137** | **1/1/17 - 1/1/19** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Lutz Accounting** <br> **13616 California Steet, Ste. 300** <br> **Omaha, NE 68154** | **1/1/17 - 1/1/19** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

     ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **DatabaseUSA.com LLC** <br> **11211 John Galt Blvd.** <br> **Omaha, NE 68137** | |
| 26c.2.    **Lutz Accounting** <br> **13616 California Steet, Ste. 300** <br> **Omaha, NE 68154** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

     ☐ None

| Name and address |
|---|
| 26d.1.    **Everest Group, LLC** <br> **Attn: Incorp Services, Inc., R.A.** <br> **3773 Howard Hughes Pkwy., Ste. 500S** <br> **Las Vegas, NV 89169** |
| 26d.2.    **Shareholders** |

**27. Inventories**

   Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **DatabaseUSA.com LLC**    Case number *(if known)*    BK-S-19-10001-BTB

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Everest Group, LLC | Attn: Incorp Services, Inc. R.A. 3773 Howard Hughes Pkwy., Ste. 500S Las Vegas, NV 89169 | Controlling Shareholder | 90.13% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Fred Vakili | 11211 John Galt Blvd. Omaha, NE 68137 | Manager | 4.51 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **DatabaseUSA.com LLC**                          Case number *(if known)*  **BK-S-19-10001-BTB**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 15, 2019**

_____            **Fred Vakili**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **DatabaseUSA.com LLC** _____
Debtor(s)

Case No.  **BK-S-19-10001-BTB**
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **50,000.00** |
| Prior to the filing of this statement I have received | $ | **50,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):    **Everest Group LLC**

3.  The source of compensation to be paid to me is:

☐ Debtor    ☑ Other (specify):    **Everest Group LLC**

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Represent client in contested bankruptcy matters**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 15, 2019** _____
Date

/s/ Teresa M. Pilatowicz
_____
**Teresa M. Pilatowicz 9605**
*Signature of Attorney*
**Garman Turner Gordon LLP**
**650 White Drive, Ste. 100**
**Las Vegas, NV 89119**
**725-777-3000**
*Name of law firm*

---

[1] Counsel has received a retainer of $50,000.00. Counsel will file fee applications seeking approval of payment of its fees on an hourly basis.

# United States Bankruptcy Court
## District of Nevada

In re   **DatabaseUSA.com LLC**

Debtor(s)

Case No.   **BK-S-19-10001-BTB**
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Everest Group, LLC**<br>**Attn: Incorp Services, Inc., R.A.**<br>**3773 Howard Hughes Pkwy., Ste. 500S**<br>**Las Vegas, NV 89169** | | | **90.13%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 15, 2019**

Signature   **Fred Vakili**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Nevada**

In re    **DatabaseUSA.com LLC**                                              Case No.    **BK-S-19-10001-BTB**
                                                        Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to
the best of my knowledge.

Date:    **January 15, 2019**                              _____

                                                        **Fred Vakili/Manager**
                                                        Signer/Title

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

AC Business Media
Attn: Managing Member
201 N Main Street
Fort Atkinson, WI 53538

ADP, LLC
Attn: Managing Member
1851 N Resler Drive MS-100
El Paso, TX 79912

Amazon Web Services
Attn: Managing Member
PO Box 84023
Seattle, WA 98124

ARadius Group
Attn: Managing Member
4700 F Street
Omaha, NE 68117

Aspen Leasing
Attn: Managing Member
PO Box 27395
Omaha, NE 68127

AT&T
Attn: Managing Member
PO Box 6416
Carol Stream, IL 60197

Background101.com
Attn: Managing Member
PO Box 3168
Peabody, MA 01961

Bishop Business
Attn: Managing Member
4125 SO 94 Street
Omaha, NE 68127

Caryn Trazi
21 Franklin Street
Wakefield, MA 01880

CenturyLink
Attn: Managing Member
PO box 91154
Seattle, WA 98111

Cisco
Attn: Managing Member
16720 Collections Center Dr.
Chicago, IL 60693

City Wide of Omaha
Attn: Managing Member
13362 Chandler Rd.
Omaha, NE 68138

Clearfly Communications
Attn: Managing Member
Dept LA 24287
Pasadena, CA 91185

Cox
Attn: Managing Member
PO Box 2742
Omaha, NE 68103

Data Services, Inc.
Attn: Managing Member
31516 Winterplace Pkwy., Ste. 100
Salisbury, MD 21802

Dave Johnson
26 Van Camp Dr.
Omaha, NE 68130

DialSource
Attn: Managing Member
660 J Street, Ste. 460
Sacramento, CA 95814

Direct Marketing Assoc of Washington
Attn: Managing Member
11709 Bowman Greeb Dr.
Reston, VA 20190

Domina Law Group
Attn: Managing Member
2425 S. 144th Street
Omaha, NE 68144

Douglas County Treasurer
Attn: Bankruptcy Dept.
1616 8th St., 2nd Floor
Minden, NV 89423

E-Printwerx International LLC
Attn: Managing Member
PO Box 12634
Scottsdale, AZ 85267

Elizabeth A. Hoffman, Esq.
Gregory C. Scaglione, Esq.
Koley, Jessen Law Firm
1125 South 103rd St., Ste. 800
Omaha, NE 68124

Everest Group LLC
Attn: Incorp Services, Inc., R.A.
3773 Howard Hughes Pkwy., Ste. 500S
Las Vegas, NV 89169

Expresscopy.com
Attn: Managing Member
6623 NE 59th Place
Portland, OR 97218

Fry Communications
Attn: Managing Member
800 West Church Road
Mechanicsburg, PA 17055

Glen Prettyman
671 JE George Blvd.
Omaha, NE 68132

Growth Quest
Attn: Managing Member
11225 Davenport St., Ste. 108
Omaha, NE 68154

Howard Alexander
1 Headley Court
Denville, NJ 07834

Ideal Pure Water
Attn: Managing Member
PO Box 70
Boys Town, NE 68010

IMS Health, Inc.
Attn: Managing Member
PO Box 8500
Philadelphia, PA 19178

Infogroup, Inc.
Attn: Managing Member
1020 E 1st Street
Papillion, NE 68046

Inspro, Inc.
Attn: Managing Member
12702 Westport Pkwy., Ste. 200
Omaha, NE 68138

Intermedia
Attn: Managing Member
PO Box 03006818
Sioux Falls, SD 57186

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Intuit
Attn: Managing Member
2800 E. Commerce Center Place
Tucson, AZ 85706

Jackson Lewis P.C.
PO Box 416019
Boston, MA 02241

JangoMail
Attn: Managing Member
PO Box 751024
Dayton, OH 45475

Midlands Printing & Business Forms, Inc.
Attn: Managing Member
10760 O Street
Omaha, NE 68127

MUD
Attn: Managing Member
PO Box 3600
Omaha, NE 68103

NAPCO
Attn: Managing Member
PO Box 654112
Dallas, TX 75265

Nebraska Deptment of Revenue
Attn: Bankruptcy Dept.
1313 Farnam St., Ste. 100
Omaha, NE 68102

Nevada Dept. of Taxation, Bankruptcy Sec
555 E. Washington Ave., #1300
Las Vegas, NV 89101

OPPD
Attn: Managing Member
PO Box 3995
Omaha, NE 68103

Polaris Recruitment Communications
Attn: Managing Member
12 West Central Ave.
Miamisburg, OH 45342

Publication Printing
Attn: Managing Member
PO Box 130
Waterloo, NE 68069

Quest Venture Coordinators PVT, Ltd.
Attn: Managing Member
F-10/1, Vasant Vihar
New Delhi 110057

Red Fox Industries, Inc.
Attn: Managing Member
13 Red Fox Run
Englishtown, NJ 07726

ResearchUSA
Attn: Managing Member
11211 John Galt Blvd.
Omaha, NE 68137

ResponseGenius
Attn: Managing Member
8544 Doverbrook Dr.
Palm Beach Gardens, FL 33410

Salesforce
Attn: Managing Member
PO Box 203141
Dallas, TX 75320

Sandler Training
Attn: Managing Member
3480 W. Market St., Ste. 102
Akron, OH 44333

Send4Us, Inc.
Attn: Managing Member
20039 Boca West Drive
Boca Raton, FL 33434

Status Labs
Attn: Managing Member
151 South 1st, Ste. 100
Austin, TX 78704

Third Eye, Inc.
Attn: Managing Member
#15, 1st and 2nd Flr., 15th Cross
J.P. Nagar 6th Phase
Bangalore  560078

Tracy Hyman
2813 May Avenue
Redondo Beach, CA 90278

Tritz Plumbing
Attn: Managing Member
4718 S 135th Street
Omaha, NE 68137

V & R
Attn: Managing Member
11205 John Galt Blvd.
Omaha, NE 68137

Vast Conference Calling
Attn: Managing Member
1960 East Grand Ave. #290
El Segundo, CA 90245

Verizon
Attn: Managing Member
PO Box 15043
Albany, NY 12212

Voice & Data Systems
Attn: Managing Member
8436 Wirt Street
Omaha, NE 68134

United States Attorney's Office
District of Nevada
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Office of the Attorney General
Grant Sawyer Building
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101

# United States Bankruptcy Court
## District of Nevada

In re   **DatabaseUSA.com LLC**

Debtor(s)

Case No.   **BK-S-19-10001-BTB**

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **DatabaseUSA.com LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Everest Group, LLC**
**Attn: Incorp Services, Inc., R.A.**
**3773 Howard Hughes Pkwy., Ste. 500S**
**Las Vegas, NV 89169**

☐ None [*Check if applicable*]

**January 15, 2019**

Date

/s/ Teresa M. Pilatowicz

**Teresa M. Pilatowicz 9605**

Signature of Attorney or Litigant
Counsel for   **DatabaseUSA.com LLC**

**Garman Turner Gordon LLP**
**650 White Drive, Ste. 100**
**Las Vegas, NV 89119**
**725-777-3000**
**tpilatowicz@gtg.legal**

Name, Address, Telephone No. & I.D. No.
**Teresa M. Pilatowicz 9605**
**650 White Drive, Ste. 100**
**Las Vegas, NV 89119**
**725-777-3000**
**9605 NV**

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In Re
**DatabaseUSA.com LLC**

BANKRUPTCY NO. **BK-S-19-10001-BTB**
CHAPTER NO. **11**

Debtor(s)

### DECLARATION RE: ELECTRONIC FILING OF PETITION
### SCHEDULES, STATEMENTS AND PLAN (if applicable)

**PART I - DECLARATION OF PETITIONER**

I [We] ___**Fred Vakili**___ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐    If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

■    [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated:   **January 15, 2019**

Signed: _____

**Fred Vakili/Manager**
(Applicant)

**PART II - DECLARATION OF ATTORNEY**

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated:   **January 15, 2019**

Signed:     /s/ Teresa M. Pilatowicz
_____

**Teresa M. Pilatowicz 9605**
Attorney for Debtor(s)

**SOFA**          **PART 2**          **QUESTION NO. 3**

| Name | Date | Address | Payment | Reason for Payment |
|---|---|---|---|---|
| 360Science Inc | 10/10/2018 | 7427 N Lamar Blvd Suite 201 Austin, TX 78752 | 9,708.96 | Data Processing Software |
| **360Science Inc Total** | | | 9,708.96 | |
| AC Business Media | 10/11/2018 | 201 N Main St Ft. Atkinson, WI  53538 | 7,500.00 | Advertising |
| AC Business Media | 11/7/2018 | 201 N Main St Ft. Atkinson, WI  53538 | 2,333.00 | Advertising |
| AC Business Media | 12/19/2018 | 201 N Main St Ft. Atkinson, WI  53538 | 2,333.00 | Advertising |
| **AC Business Media Total** | | | 12,166.00 | |
| Amazon Web Services | 12/19/2018 | P O Box 84023 Seattle, WA  98124-8423 | 5,196.45 | Server Hosting |
| Amazon Web Services | 10/10/2018 | P O Box 84023 Seattle, WA  98124-8423 | 5,126.98 | Server Hosting |
| Amazon Web Services | 12/19/2018 | P O Box 84023 Seattle, WA  98124-8423 | 5,013.95 | Server Hosting |
| **Amazon Web Services Total** | | | 15,337.38 | |
| Blue Cross Blue Shield of Nebraska | 11/7/2018 | P. O. Box 3801 Omaha, NE  68103-0801 | 19,079.17 | Group Health Insurance |
| Blue Cross Blue Shield of Nebraska | 12/19/2018 | P. O. Box 3801 Omaha, NE  68103-0801 | 18,380.69 | Group Health Insurance |
| Blue Cross Blue Shield of Nebraska | 11/7/2018 | P. O. Box 3801 Omaha, NE  68103-0801 | 16,983.73 | Group Health Insurance |
| **Blue Cross Blue Shield of Nebraska Total** | | | 54,443.59 | |
| Caryn Trazi | 11/27/2018 | 21 Franklin St Wakefield, MA 01880 | 5,916.66 | Contractor Payment |
| Caryn Trazi | 10/11/2018 | 21 Franklin St Wakefield, MA 01880 | 4,853.39 | Contractor Payment |
| Caryn Trazi | 12/20/2018 | 21 Franklin St Wakefield, MA 01880 | 3,931.96 | Contractor Payment |
| **Caryn Trazi Total** | | | 14,702.01 | |
| City Wide of Omaha | 10/10/2018 | 13362 Chandler Road Omaha, NE 68138 | 2,354.00 | Janitorial Service and Supplies |
| City Wide of Omaha | 11/12/2018 | 13362 Chandler Road Omaha, NE 68138 | 2,354.00 | Janitorial Service and Supplies |
| City Wide of Omaha | 12/19/2018 | 13362 Chandler Road Omaha, NE 68138 | 2,354.00 | Janitorial Service and Supplies |
| City Wide of Omaha | 12/19/2018 | 13362 Chandler Road Omaha, NE 68138 | 1,796.26 | Janitorial Service and Supplies |
| City Wide of Omaha | 12/31/2018 | 13362 Chandler Road Omaha, NE 68138 | 1,466.31 | Janitorial Service and Supplies |
| City Wide of Omaha | 10/10/2018 | 13362 Chandler Road Omaha, NE 68138 | 1,164.89 | Janitorial Service and Supplies |
| City Wide of Omaha | 10/17/2018 | 13362 Chandler Road Omaha, NE 68138 | 931.06 | Janitorial Service and Supplies |
| City Wide of Omaha | 11/7/2018 | 13362 Chandler Road Omaha, NE 68138 | 845.78 | Janitorial Service and Supplies |
| City Wide of Omaha | 12/20/2018 | 13362 Chandler Road Omaha, NE 68138 | 796.60 | Janitorial Service and Supplies |
| City Wide of Omaha | 10/22/2018 | 13362 Chandler Road Omaha, NE 68138 | 260.72 | Janitorial Service and Supplies |
| **City Wide of Omaha Total** | | | 14,323.62 | |
| Clearfly Communications | 11/7/2018 | Dept LA 24287 Pasadena, CA 91185-4287 | 802.25 | Telephone  Service |
| Clearfly Communications | 10/5/2018 | Dept LA 24287 Pasadena, CA 91185-4287 | 793.87 | Telephone  Service |
| Clearfly Communications | 12/4/2018 | Dept LA 24287 Pasadena, CA 91185-4287 | 776.28 | Telephone  Service |
| **Clearfly Communications Total** | | | 2,372.40 | |
| Cox Business Services | 10/31/2018 | P O Box 2742 Omaha, NE  68103-2742 | 2,175.78 | Internet And  Electricity |
| Cox Business Services | 11/30/2018 | P O Box 2742 Omaha, NE  68103-2742 | 2,175.62 | Internet And  Electricity |
| Cox Business Services | 10/3/2018 | P O Box 2742 Omaha, NE  68103-2742 | 2,174.79 | Internet And  Electricity |
| **Cox Business Services Total** | | | 6,526.19 | |
| Data Services, Inc. | 11/7/2018 | 31516 Winterplace Parkway, Suite 100 Salisbury, MD 21802-2478 | 8,400.00 | Data Processing Software |
| Data Services, Inc. | 12/19/2018 | 31516 Winterplace Parkway, Suite 100 Salisbury, MD 21802-2478 | 8,400.00 | Data Processing Software |
| **Data Services, Inc. Total** | | | 16,800.00 | |
| Domina Law Group pc llo | 10/29/2018 | 2425 S. 144th St Omaha, NE  68144 | 99,026.97 | Legal Fees |
| Domina Law Group pc llo | 12/21/2018 | 2425 S. 144th St Omaha, NE  68144 | 9,793.17 | Legal Fees |
| Domina Law Group pc llo | 10/10/2018 | 2425 S. 144th St Omaha, NE  68144 | 7,042.48 | Legal Fees |
| Domina Law Group pc llo | 12/21/2018 | 2425 S. 144th St Omaha, NE  68144 | 1,978.60 | Legal Fees |
| **Domina Law Group pc llo Total** | | | 117,841.22 | |
| Everest Credit Card Clearing Account | 12/6/2018 | | 21,477.58 | Credit Card Fees |
| Everest Credit Card Clearing Account | 11/9/2018 | | 21,051.99 | Credit Card Fees |
| Everest Credit Card Clearing Account | 10/8/2018 | | 19,782.41 | Credit Card Fees |
| Everest Credit Card Clearing Account | 12/21/2018 | | 11,304.96 | Credit Card Fees |

| | | | |
|---|---|---|---|
| Everest Credit Card Clearing Account | 10/5/2018 | 4,672.54 | Credit Card Fees |
| Everest Credit Card Clearing Account | 11/12/2018 | 3,413.81 | Credit Card Fees |
| Everest Credit Card Clearing Account | 12/21/2018 | 2,771.12 | Credit Card Fees |
| Everest Credit Card Clearing Account | 11/27/2018 | 479.24 | Credit Card Fees |
| Everest Credit Card Clearing Account | 11/14/2018 | 4.50 | Credit Card Fees |
| **Everest Credit Card Clearing Account Total** | | 84,958.15 | |
| Everest Group LLC | 10/25/2018 11144 Mockingbird Drive Omaha, NE 68137 | 1,106.50 | Business Travel |
| **Everest Group LLC Total** | | 1,106.50 | |
| Fred Vakili | 10/3/2018 P.O. Box 27184 Omaha, NE 68127 | 4,136.50 | Expense Reimbursement |
| Fred Vakili | 10/17/2018 P.O. Box 27184 Omaha, NE 68127 | 1,557.58 | Expense Reimbursement |
| Fred Vakili | 12/21/2018 P.O. Box 27184 Omaha, NE 68127 | 1,261.22 | Expense Reimbursement |
| Fred Vakili | 12/21/2018 P.O. Box 27184 Omaha, NE 68127 | 1,209.90 | Expense Reimbursement |
| Fred Vakili | 11/12/2018 P.O. Box 27184 Omaha, NE 68127 | 1,177.01 | Expense Reimbursement |
| Fred Vakili | 10/3/2018 P.O. Box 27184 Omaha, NE 68127 | 1,091.41 | Expense Reimbursement |
| Fred Vakili | 10/17/2018 P.O. Box 27184 Omaha, NE 68127 | 1,058.94 | Expense Reimbursement |
| Fred Vakili | 10/26/2018 P.O. Box 27184 Omaha, NE 68127 | 943.41 | Expense Reimbursement |
| Fred Vakili | 12/21/2018 P.O. Box 27184 Omaha, NE 68127 | 689.67 | Expense Reimbursement |
| **Fred Vakili Total** | | 13,125.64 | |
| Glenn Prettyman | 11/5/2018 671 JE George Blvd Omaha, NE 68132 | 2,000.00 | Expense Reimbursement |
| Glenn Prettyman | 12/11/2018 671 JE George Blvd Omaha, NE 68132 | 2,000.00 | Expense Reimbursement |
| Glenn Prettyman | 10/10/2018 671 JE George Blvd Omaha, NE 68132 | 1,329.09 | Expense Reimbursement |
| Glenn Prettyman | 10/3/2018 671 JE George Blvd Omaha, NE 68132 | 973.65 | Expense Reimbursement |
| Glenn Prettyman | 11/27/2018 671 JE George Blvd Omaha, NE 68132 | 854.54 | Expense Reimbursement |
| Glenn Prettyman | 10/10/2018 671 JE George Blvd Omaha, NE 68132 | 850.00 | Expense Reimbursement |
| Glenn Prettyman | 12/11/2018 671 JE George Blvd Omaha, NE 68132 | 703.18 | Expense Reimbursement |
| Glenn Prettyman | 10/11/2018 671 JE George Blvd Omaha, NE 68132 | 574.83 | Expense Reimbursement |
| Glenn Prettyman | 11/27/2018 671 JE George Blvd Omaha, NE 68132 | 461.11 | Expense Reimbursement |
| Glenn Prettyman | 10/11/2018 671 JE George Blvd Omaha, NE 68132 | 451.40 | Expense Reimbursement |
| Glenn Prettyman | 10/10/2018 671 JE George Blvd Omaha, NE 68132 | 300.00 | Expense Reimbursement |
| Glenn Prettyman | 10/3/2018 671 JE George Blvd Omaha, NE 68132 | 83.94 | Expense Reimbursement |
| Glenn Prettyman | 11/7/2018 671 JE George Blvd Omaha, NE 68132 | 45.00 | Expense Reimbursement |
| **Glenn Prettyman Total** | | 10,626.74 | |
| Growth Quest | 11/7/2018 11225 Davenport St, Ste 108 Omaha, NE 68154 | 10,000.00 | Contractor Payment |
| Growth Quest | 10/26/2018 11225 Davenport St, Ste 108 Omaha, NE 68154 | 8,601.52 | Contractor Payment |
| **Growth Quest Total** | | 18,601.52 | |
| Howard Alexander | 11/7/2018 1 Headley Court Denville, NJ 07834 | 2,219.31 | Travel Reimbursement |
| Howard Alexander | 10/10/2018 1 Headley Court Denville, NJ 07834 | 1,774.17 | Travel Reimbursement |
| Howard Alexander | 10/22/2018 1 Headley Court Denville, NJ 07834 | 1,744.92 | Travel Reimbursement |
| Howard Alexander | 10/10/2018 1 Headley Court Denville, NJ 07834 | 1,317.47 | Travel Reimbursement |
| Howard Alexander | 10/10/2018 1 Headley Court Denville, NJ 07834 | 1,247.51 | Travel Reimbursement |
| Howard Alexander | 11/8/2018 1 Headley Court Denville, NJ 07834 | 1,000.00 | Expense Reimbursement |
| Howard Alexander | 12/19/2018 1 Headley Court Denville, NJ 07834 | 582.74 | Expense Reimbursement |
| **Howard Alexander Total** | | 9,886.12 | |
| INFOCUS Marketing | 11/30/2018 4245 Sigler Rd Warrenton, VA 20187 | 607.04 | Cost of Data |
| Jim Smutny | 10/3/2018 5614 S 170 St Omaha, NEB 68135 | 1,707.24 | Expense Reimbursement |
| Jim Smutny | 11/7/2018 5614 S 170 St Omaha, NEB 68135 | 1,523.55 | Expense Reimbursement |
| Jim Smutny | 12/19/2018 5614 S 170 St Omaha, NEB 68135 | 1,382.80 | Expense Reimbursement |
| Jim Smutny | 10/10/2018 5614 S 170 St Omaha, NEB 68135 | 1,091.10 | Expense Reimbursement |
| Jim Smutny | 10/30/2018 5614 S 170 St Omaha, NEB 68135 | 721.00 | Expense Reimbursement |
| **Jim Smutny Total** | | 6,425.69 | |
| Kerley Marketing Solutions | 12/20/2018 28382 Via Nandina Laguna Niguel, CA 92677 | 8,333.30 | Affiliate Reimbursement |

| Vendor | Date | Address | Amount | Description |
|---|---|---|---|---|
| Kerley Marketing Solutions Total | | | 8,333.30 | |
| Library of Michigan | 12/19/2018 | 702 W. Kalamazoo St. Lansing, MI 48933 | 60,000.00 | Refund of over payment on Invoice # 502475 |
| **Library of Michigan Total** | | | 60,000.00 | |
| Lighthouse List Company, LLC | 10/30/2018 | 27 Southeast 24 Ave, Ste 6 Pompano Beach, FL 33062 | 4,450.00 | Cost of Data |
| Momentum Event Group, LLC | 12/4/2018 | 50 Dimond Ave, Ste 100 Cotland Manor, NY 10567 | 6,800.00 | Trade Show |
| **Momentum Event Group, LLC Total** | | | 6,800.00 | |
| QUEST VENTURE COORDINATORS PVT. LTD. | 10/30/2018 | F-10/1, Vasant Vihar, NEW DELHI-110057 | 6,000.00 | Qst/HD DB/42 |
| QUEST VENTURE COORDINATORS PVT. LTD. | 11/27/2018 | F-10/1, Vasant Vihar, NEW DELHI-110057 | 6,000.00 | Qst/HD DB/43 |
| QUEST VENTURE COORDINATORS PVT. LTD. | 12/21/2018 | F-10/1, Vasant Vihar, NEW DELHI-110057 | 6,000.00 | Qst/HD DB/44 |
| QUEST VENTURE COORDINATORS PVT. LTD. | 12/7/2018 | F-10/1, Vasant Vihar, NEW DELHI-110057 | 1,000.00 | Qst/HD DB/41-A |
| **QUEST VENTURE COORDINATORS PVT. LTD. Total** | | | 19,000.00 | |
| Red Fox Industries, Inc. | 10/30/2018 | 13 Red Fox Run Manalapan, NJ 07726 | 10,142.07 | Affiliate Reimbursement |
| Red Fox Industries, Inc. | 11/12/2018 | 13 Red Fox Run Manalapan, NJ 07726 | 5,758.59 | Affiliate Reimbursement |
| Red Fox Industries, Inc. | 10/30/2018 | 13 Red Fox Run Manalapan, NJ 07726 | 4,345.67 | Affiliate Reimbursement |
| **Red Fox Industries, Inc. Total** | | | 20,246.33 | |
| ResearchUSA | 11/1/2018 | 11211 John Galt Blvd. Omaha, NE 68137 | 63,902.30 | Cost of Data |
| ResearchUSA | 10/1/2018 | 11211 John Galt Blvd. Omaha, NE 68137 | 62,997.87 | Cost of Data |
| ResearchUSA | 10/1/2018 | 11211 John Galt Blvd. Omaha, NE 68137 | 60,000.00 | Cost of Data |
| ResearchUSA | 10/1/2018 | 11211 John Galt Blvd. Omaha, NE 68137 | 60,000.00 | Cost of Data |
| ResearchUSA | 10/1/2018 | 11211 John Galt Blvd. Omaha, NE 68137 | 60,000.00 | Cost of Data |
| ResearchUSA | 11/1/2018 | 11211 John Galt Blvd. Omaha, NE 68137 | 60,000.00 | Cost of Data |
| ResearchUSA | 11/1/2018 | 11211 John Galt Blvd. Omaha, NE 68137 | 60,000.00 | Cost of Data |
| ResearchUSA | 11/1/2018 | 11211 John Galt Blvd. Omaha, NE 68137 | 60,000.00 | Cost of Data |
| ResearchUSA | 12/4/2018 | 11211 John Galt Blvd. Omaha, NE 68137 | 60,000.00 | Cost of Data |
| ResearchUSA | 12/4/2018 | 11211 John Galt Blvd. Omaha, NE 68137 | 60,000.00 | Cost of Data |
| ResearchUSA | 12/4/2018 | 11211 John Galt Blvd. Omaha, NE 68137 | 60,000.00 | Cost of Data |
| ResearchUSA | 12/4/2018 | 11211 John Galt Blvd. Omaha, NE 68137 | 38,505.83 | Cost of Data |
| **ResearchUSA Total** | | | 705,406.00 | |
| ResponseGenius | 11/7/2018 | 8544 Doverbrook Drive Palm Beach Gardens, FL 33410 | 5,870.75 | Email Deployment |
| ResponseGenius | 12/19/2018 | 8544 Doverbrook Drive Palm Beach Gardens, FL 33410 | 5,835.25 | Email Deployment |
| ResponseGenius | 10/10/2018 | 8544 Doverbrook Drive Palm Beach Gardens, FL 33410 | 4,830.00 | Email Deployment |
| **ResponseGenius Total** | | | 16,536.00 | |
| Robins Kaplan | 10/31/2018 | 800 LaSalle Avenue Suite 2800 Minneapolis, MN 55402 | 291,950.84 | Legal Fees |
| Robins Kaplan | 10/31/2018 | 800 LaSalle Avenue Suite 2800 Minneapolis, MN 55402 | 143,268.54 | Legal Fees |
| Robins Kaplan | 12/21/2018 | 800 LaSalle Avenue Suite 2800 Minneapolis, MN 55402 | 71,915.17 | Legal Fees |
| Robins Kaplan | 10/31/2018 | 800 LaSalle Avenue Suite 2800 Minneapolis, MN 55402 | 55,846.20 | Legal Fees |
| Robins Kaplan | 11/5/2018 | 800 LaSalle Avenue Suite 2800 Minneapolis, MN 55402 | 9,121.86 | Legal Fees |
| Robins Kaplan | 11/5/2018 | 800 LaSalle Avenue Suite 2800 Minneapolis, MN 55402 | 2,895.16 | Legal Fees |
| Robins Kaplan | 12/21/2018 | 800 LaSalle Avenue Suite 2800 Minneapolis, MN 55402 | 2,311.26 | Legal Fees |
| Robins Kaplan | 11/5/2018 | 800 LaSalle Avenue Suite 2800 Minneapolis, MN 55402 | 440.00 | Legal Fees |
| Robins Kaplan | 10/31/2018 | 800 LaSalle Avenue Suite 2800 Minneapolis, MN 55402 | 165.00 | Legal Fees |
| **Robins Kaplan Total** | | | 577,914.03 | |
| Send4Us, Inc | 12/17/2018 | 20039 Boca West Drive Boca Raton, FL 33434 | 6,775.00 | Cost of Data |
| Send4Us, Inc | 10/30/2018 | 20039 Boca West Drive Boca Raton, FL 33434 | 2,350.00 | Cost of Data |
| Send4Us, Inc | 11/21/2018 | 20039 Boca West Drive Boca Raton, FL 33434 | 1,825.00 | Cost of Data |
| Send4Us, Inc | 10/17/2018 | 20039 Boca West Drive Boca Raton, FL 33434 | 1,600.00 | Cost of Data |
| Send4Us, Inc | 10/22/2018 | 20039 Boca West Drive Boca Raton, FL 33434 | 1,300.00 | Cost of Data |
| Send4Us, Inc | 11/7/2018 | 20039 Boca West Drive Boca Raton, FL 33434 | 525.00 | HDML081418EM-2 |
| **Send4Us, Inc Total** | | | 14,375.00 | |
| Sherrets Bruno & Vogt LLC | 10/15/2018 | 260 Regency Parkway Drive Suite 200 Omaha, NE 68114 | 20,000.00 | Legal Fees |
| Sherrets Bruno & Vogt LLC | 10/9/2018 | 260 Regency Parkway Drive Suite 200 Omaha, NE 68114 | 3,759.54 | Legal Fees |

| | | | |
|---|---|---|---|
| Sherrets Bruno & Vogt LLC | 10/17/2018 260 Regency Parkway Drive Suite 200 Omaha, NE 68114 | 1,329.34 | Legal Fees |
| **Sherrets Bruno & Vogt LLC Total** | | 25,088.88 | |
| Status Labs | 10/8/2018 151 South 1st Suite 100 Austin, TX 78704 | 5,600.00 | Search Engine Optimization |
| Status Labs | 12/19/2018 151 South 1st Suite 100 Austin, TX 78704 | 5,600.00 | Search Engine Optimization |
| **Status Labs Total** | | 11,200.00 | |
| Third Eye, Inc | 11/20/2018 | 28,980.00 | Contractor Payment |
| Third Eye, Inc | 12/19/2018 | 7,360.00 | Contractor Payment |
| Third Eye, Inc | 12/19/2018 | 7,360.00 | Contractor Payment |
| **Third Eye, Inc Total** | | 43,700.00 | |
| US Postal Service | 10/11/2018 PO Box 199513 Omaha, NE 68119 | 3,679.53 | Postage |
| US Postal Service | 11/8/2018 PO Box 199513 Omaha, NE 68119 | 3,679.53 | Postage |
| US Postal Service | 12/19/2018 PO Box 199513 Omaha, NE 68119 | 3,352.31 | Postage |
| US Postal Service | 11/15/2018 PO Box 199513 Omaha, NE 68119 | 3,125.47 | Postage |
| US Postal Service | 10/23/2018 PO Box 199513 Omaha, NE 68119 | 3,041.80 | Postage |
| US Postal Service | 12/11/2018 PO Box 199513 Omaha, NE 68119 | 2,077.97 | Postage |
| US Postal Service | 12/11/2018 PO Box 199513 Omaha, NE 68119 | 1,421.11 | Postage |
| US Postal Service | 11/7/2018 PO Box 199513 Omaha, NE 68119 | 225.00 | Postage |
| **US Postal Service Total** | | 20,602.72 | |
| V & R Joint Venture | 10/3/2018 11205 John Galt Blvd. Omaha, NE  68137 | 6,511.35 | October  Rent |
| V & R Joint Venture | 11/6/2018 11205 John Galt Blvd. Omaha, NE  68137 | 6,511.35 | November Rent |
| V & R Joint Venture | 12/4/2018 11205 John Galt Blvd. Omaha, NE  68137 | 6,511.35 | November Rent |
| **V & R Joint Venture Total** | | 19,534.05 | |
| Verisign, Inc. | 12/27/2018 PO Box 404326 Atlanta GA 30384 | 100,000.00 | Affiliate Reimbursement |
| **Verisign, Inc. Total** | | 100,000.00 | |
| Voice & Data Systems, Inc. | 10/5/2018 8436 Wirt Street Omaha, NE 68134 | 1,460.00 | Telephone  Service |
| Voice & Data Systems, Inc. | 11/7/2018 8436 Wirt Street Omaha, NE 68134 | 1,460.00 | Telephone  Service |
| Voice & Data Systems, Inc. | 12/4/2018 8436 Wirt Street Omaha, NE 68134 | 1,460.00 | Telephone  Service |
| Voice & Data Systems, Inc. | 10/5/2018 8436 Wirt Street Omaha, NE 68134 | 654.00 | Telephone  Service |
| Voice & Data Systems, Inc. | 11/7/2018 8436 Wirt Street Omaha, NE 68134 | 654.00 | Telephone  Service |
| Voice & Data Systems, Inc. | 12/4/2018 8436 Wirt Street Omaha, NE 68134 | 632.00 | Telephone  Service |
| Voice & Data Systems, Inc. | 10/5/2018 8436 Wirt Street Omaha, NE 68134 | 379.70 | Telephone  Service |
| Voice & Data Systems, Inc. | 11/7/2018 8436 Wirt Street Omaha, NE 68134 | 379.70 | Telephone  Service |
| Voice & Data Systems, Inc. | 12/4/2018 8436 Wirt Street Omaha, NE 68134 | 379.70 | Telephone  Service |
| **Voice & Data Systems, Inc. Total** | | 7,459.10 | |
| Mutual of Omaha | 10/10/2018 | 4,688.51 | 10/5/18 401k contributions |
| Mutual of Omaha | 11/19/2018 | 4,421.86 | 11/16/18 401k contributions |
| Mutual of Omaha | 12/18/2018 | 3,984.81 | 12/14/18 401k contributions |
| Mutual of Omaha | 12/4/2018 | 3,671.48 | 11/30/18 401k contributions |
| Mutual of Omaha | 10/23/2018 | 3,661.86 | 10/5/18 401k contributions |
| Mutual of Omaha | 11/5/2018 | 3,621.48 | 11/2/18 401k contributions |
| Mutual of Omaha | 12/31/2018 | 3,621.48 | 12/28/18 401k contributions |
| MyClientLine.com | 10/1/2018 | 980.00 | myCL  CC Fee |
| MyClientLine.com | 12/6/2018 | 823.03 | myCL  CC Fee |
| MyClientLine.com | 12/26/2018 | 803.98 | myCL  CC Deposit |
| MyClientLine.com | 11/7/2018 | 789.08 | myCL  CC Fee |
| MyClientLine.com | 10/9/2018 | 747.95 | myCL  CC Fee |
| MyClientLine.com | 10/5/2018 | 511.00 | HSA Deduction |
| MyClientLine.com | 10/19/2018 | 511.00 | HSA Deduction |
| MyClientLine.com | 11/9/2018 | 511.00 | HSA Deduction |
| MyClientLine.com | 11/9/2018 | 511.00 | HSA Deduction for 9/20 |
| MyClientLine.com | 11/16/2018 | 511.00 | HSA Deduction for 11/16 |

| MyClientLine.com | 11/30/2018 | 511.00 | HSA Deduction for 11/30 |
|---|---|---|---|
| MyClientLine.com | 12/14/2018 | 511.00 | HSA Deduction for 12/14 |
| MyClientLine.com | 12/28/2018 | 511.00 | HSA Deduction for 12/28 |
| MyClientLine.com | 10/18/2018 | 472.50 | myCL CC Fee |
| MyClientLine.com | 11/16/2018 | 459.30 | myCL CC Deposit |
| MyClientLine.com | 12/24/2018 | 414.05 | myCL CC Fee |
| MyClientLine.com | 11/5/2018 | 297.73 | myCL CC Fee |
| MyClientLine.com | 12/21/2018 | 265.62 | myCL CC Fee |
| MyClientLine.com | 12/13/2018 | 254.78 | myCL CC Fee |
| MyClientLine.com | 10/29/2018 | 204.58 | myCL CC Fee |
| MyClientLine.com | 10/4/2018 | 199.81 | myCL CC Fee |
| MyClientLine.com | 10/15/2018 | 193.24 | myCL CC Fee |
| MyClientLine.com | 10/5/2018 | 187.63 | myCL CC Fee |
| MyClientLine.com | 12/10/2018 | 155.81 | myCL CC Fee |
| MyClientLine.com | 11/2/2018 | 148.71 | myCL CC Fee |
| MyClientLine.com | 12/10/2018 | 146.80 | myCL CC Fee |
| MyClientLine.com | 10/26/2018 | 136.50 | myCL CC Fee |
| MyClientLine.com | 11/29/2018 | 115.50 | myCL CC Fee |
| MyClientLine.com | 10/24/2018 | 112.00 | myCL CC Fee |
| MyClientLine.com | 11/13/2018 | 106.93 | myCL CC Fee |
| MyClientLine.com | 11/9/2018 | 105.00 | myCL CC Fee |
| MyClientLine.com | 12/3/2018 | 99.84 | myCL CC Fee |
| MyClientLine.com | 10/1/2018 | 97.83 | myCL CC Fee |
| MyClientLine.com | 12/4/2018 | 97.45 | myCL CC Fee |
| MyClientLine.com | 10/15/2018 | 93.45 | myCL CC Fee |
| MyClientLine.com | 11/15/2018 | 87.50 | myCL CC Fee |
| MyClientLine.com | 12/14/2018 | 87.50 | myCL CC Fee |
| MyClientLine.com | 11/19/2018 | 86.49 | myCL CC Fee |
| MyClientLine.com | 10/9/2018 | 84.00 | myCL CC Fee |
| MyClientLine.com | 12/17/2018 | 75.25 | myCL CC Fee |
| MyClientLine.com | 10/25/2018 | 71.47 | myCL CC Fee |
| MyClientLine.com | 10/11/2018 | 66.86 | myCL CC Fee |
| MyClientLine.com | 11/8/2018 | 57.05 | myCL CC Fee |
| MyClientLine.com | 11/19/2018 | 53.80 | myCL CC Fee |
| MyClientLine.com | 11/5/2018 | 52.50 | myCL CC Fee |
| MyClientLine.com | 12/31/2018 | 45.33 | myCL CC Fee |
| MyClientLine.com | 10/17/2018 | 45.00 | myCL CC Fee |
| MyClientLine.com | 11/19/2018 | 45.00 | myCL CC Fee |
| MyClientLine.com | 12/20/2018 | 45.00 | myCL CC Fee |
| MyClientLine.com | 10/29/2018 | 40.25 | myCL CC Fee |
| MyClientLine.com | 11/21/2018 | 39.38 | myCL CC Fee |
| MyClientLine.com | 12/4/2018 | 39.24 | myCL CC Fee |
| MyClientLine.com | 11/16/2018 | 38.50 | myCL CC Fee |
| MyClientLine.com | 12/19/2018 | 35.88 | myCL CC Fee |
| MyClientLine.com | 12/12/2018 | 29.57 | myCL CC Fee |
| MyClientLine.com | 10/4/2018 | 27.53 | myCL CC Fee |
| MyClientLine.com | 10/19/2018 | 21.11 | myCL CC Fee |
| MyClientLine.com | 12/28/2018 | 17.50 | myCL CC Fee |
| MyClientLine.com | 10/12/2018 | 15.40 | myCL CC Fee |
| MyClientLine.com | 11/13/2018 | 14.37 | myCL CC Fee |
| MyClientLine.com | 12/17/2018 | 14.00 | myCL CC Fee |

| MyClientLine.com | 11/28/2018 | 12.95 myCL  CC Fee |
| MyClientLine.com | 12/7/2018 | 12.71 myCL  CC Fee |
| MyClientLine.com | 11/5/2018 | 11.41 myCL  CC Fee |
| MyClientLine.com | 11/1/2018 | 10.75 myCL  CC Fee |
| MyClientLine.com | 12/24/2018 | 9.53 myCL  CC Fee |
| MyClientLine.com | 10/9/2018 | 8.75 myCL  CC Fee |
| MyClientLine.com | 11/14/2018 | 8.75 myCL  CC Fee |
| MyClientLine.com | 11/23/2018 | 8.75 myCL  CC Fee |
| MyClientLine.com | 11/30/2018 | 8.75 myCL  CC Fee |
| MyClientLine.com | 12/4/2018 | 8.16 myCL  CC Fee |
| MyClientLine.com | 10/3/2018 | 7.70 myCL  CC Fee |
| MyClientLine.com | 12/31/2018 | 7.00 myCL  CC Fee |
| MyClientLine.com | 10/22/2018 | 4.44 myCL  CC Fee |
| MyClientLine.com | 10/1/2018 | 0.01 myCL  CC Fee |
| MyClientLine.com | 10/9/2018 | 0.01 myCL  CC Fee |
| MyClientLine.com | 10/15/2018 | 0.01 myCL  CC Fee |
| MyClientLine.com | 10/23/2018 | 0.01 CC Fee |
| MyClientLine.com | 10/30/2018 | 0.01 CC Fee |
| MyClientLine.com | 11/6/2018 | 0.01 CC Fee |
| MyClientLine.com | 11/13/2018 | 0.01 myCL  CC Fee |
| MyClientLine.com | 11/13/2018 | 0.01 myCL  CC Fee |
| MyClientLine.com | 11/19/2018 | 0.01 myCL  CC Fee |
| MyClientLine.com | 11/20/2018 | 0.01 myCL CC fee |
| MyClientLine.com | 11/26/2018 | 0.01 MyCL CC Fee |
| MyClientLine.com | 12/3/2018 | 0.01 myCL  CC Fee |
| MyClientLine.com | 12/12/2018 | 0.01 CC Fee |
| MyClientLine.com | 12/13/2018 | 0.01 Adjust CC fees for 8/14/18 |
| MyClientLine.com | 12/18/2018 | 0.01 CC Fee |

|  | **SOFA** | **PART 2** | **QUESTION 4** |
|---|---|---|---|
| Name | Date | Payment | Reason for Payment |
| Fred Vakili | 1/23/2018 | 5,535.02 | Business Meals |
| Fred Vakili | 9/10/2018 | 5,042.56 | Business Meals, Software and Courier Service |
| Fred Vakili | 1/23/2018 | 4,339.61 | Software and Job Ads |
| Fred Vakili | 10/3/2018 | 4,136.50 | Business Travel |
| Fred Vakili | 5/2/2018 | 4,071.96 | Library Customer Appreciation |
| Fred Vakili | 2/22/2018 | 1,877.64 | Software Subscriptions |
| Fred Vakili | 4/26/2018 | 1,621.77 | Business Meals |
| Fred Vakili | 5/2/2018 | 1,574.62 | Business Meals & Parking |
| Fred Vakili | 10/17/2018 | 1,557.58 | Business Meals |
| Fred Vakili | 5/17/2018 | 1,445.60 | Business Meals, Business Travel and Software |
| Fred Vakili | 2/22/2018 | 1,394.53 | Business Meals |
| Fred Vakili | 12/21/2018 | 1,261.22 | Business Meals |
| Fred Vakili | 12/21/2018 | 1,209.90 | Business Meals |
| Fred Vakili | 11/12/2018 | 1,177.01 | Business Meals |
| Fred Vakili | 1/23/2018 | 1,116.86 | Santa Ana Travel |
| Fred Vakili | 10/3/2018 | 1,091.41 | DataBaseUSA  Apple Iphone Promotion |
| Fred Vakili | 5/2/2018 | 1,084.36 | Busieness Meals and Software |
| Fred Vakili | 10/17/2018 | 1,058.94 | DataBaseUSA  Apple Iphone Promotion |
| Fred Vakili | 10/26/2018 | 943.41 | Business Travel |
| Fred Vakili | 1/23/2018 | 931.90 | Business Travel |
| Fred Vakili | 1/23/2018 | 791.18 | Business Travel |
| Fred Vakili | 12/21/2018 | 689.67 | Business Travel |
| Fred Vakili | 7/10/2018 | 631.78 | Business Meals |
| Fred Vakili | 6/12/2018 | 555.23 | Business Meals |
| Fred Vakili | 1/23/2018 | 410.89 | Business Travel |
| Fred Vakili | 1/18/2018 | 257.41 | Restroom Repairs, |
| Fred Vakili | 5/17/2018 | 160.67 | Business Meals |
| Leila Vakili | 9/10/2018 | 635.75 | Travel Reimbursement |